IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL ANTHONY PUCKETT, | No. 2:14-CV-2776-JAM-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| A. AGBOLI, et al., | |
| Defendants. | |
| _____ / | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion to compel (Doc 51).

In his one-page motion, plaintiff states: "Plaintiff hereby request the court to enforce Agboli to furnish production of documents. . . ." The majority of plaintiff's argument concerns discovery responses provided by defendant Agboli. In the last sentence of his motion, plaintiff adds: "I further request this court to enforce the rest of the defendants to answer these interrogatories and production of documents. They objected each one by stating objection fails to comply with Rule 36(a)(, 34(c). . . ."

/ / /

/ / /

1

Plaintiff's motion is procedurally defective because it fails to include a "certification that the movant has in good faith conferred or attempted to confer with the person or party failing to make disclosure or discovery in an effort to obtain it without court action." Fed. R. Civ. P. 36(a)(1).

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to compel (Doc. 51) is denied.

DATED: August 20, 2018

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE