# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL ANTHONY PUCKETT, | No. 2:14-CV-2776-JAM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| A. AGBOLI, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's fourth motion for the appointment of counsel (ECF No. 99). Plaintiff states that he seeks the appointment of counsel to assist him with additional discovery. See ECF No. 99. Plaintiff's motion is denied because discovery has closed. See ECF No. 44 (scheduling order).

IT IS SO ORDERED.

Dated: February 12, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1