# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL ANTHONY PUCKETT,<br><br>Plaintiff,<br><br>v.<br><br>A. AGBOLI, et al.,<br><br>Defendants. | No. 2:14-CV-2776-JAM-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion to compel (ECF No. 102). Pursuant to the court's April 26, 2018, order, discovery closed on or about August 31, 2018. See ECF No. 44 (scheduling order). Plaintiff's current motion to compel, which was filed on December 12, 2019, is untimely and is denied.

IT IS SO ORDERED.

Dated: February 12, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1