IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL ANTHONY PUCKETT,<br><br>Plaintiff,<br><br>v.<br><br>A. AGBOLI, et al.,<br><br>Defendants. | No. 2:14-CV-2776-JAM-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion to suppress (ECF No. 100). Plaintiff seeks an order to "suppress all evidence defendants choose to use in regards to the CDCR rules violation report, reports dated Nov. 9th, 2013, at CA Medical Facility – at Vacaville Dept' of State Hospitals." Id. at 1. Plaintiff's motion is denied, without prejudice to renewal of such a request in the form of a motion in limine in advance of trial, or by way of proper objection at time of trial. By separate order issued at a later stage of the proceedings, the court will set a schedule for filing and briefing motions in limine.

IT IS SO ORDERED.

Dated: February 12, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1