IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL ANTHONY PUCKETT,<br><br>    Plaintiff,<br><br>    v.<br><br>A. AGBOLI, et al.,<br><br>    Defendants. | No. 2:14-CV-2776-DAD-DMC-P<br><br><br>ORDER |

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 130, for trial setting and/or referral to a settlement conference. Good cause appearing therefor, and because this case is ready for trial, Plaintiff's motion will be granted in part and denied in part.

        This case is ready for trial. The parties have submitted pre-trial statements, and by separate order, the undersigned will issue a final pre-trial order. A trial confirmation hearing is set before the District Judge on June 27, 2023, at 1:30 p.m., via Zoom. A jury trial is set to commence before the District Judge on July 17, 2023, at 9:00 a.m., in Sacramento, California.

        To the extent Plaintiff requests referral of this matter for a settlement conference, the request will be denied in the absence of an indication filed on the docket by Defendants of a willingness to participate in a judicial settlement conference. Defendants will be required to file a notification of election to refer this matter for a settlement conference.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for trial-setting, ECF No. 130, is granted.

2. Plaintiff's motion for referral to a settlement conference, ECF No. 130, is denied without prejudice.

3. Defendants shall file a statement of their election to participate in a settlement conference within seven (7) days of the date of this order.

4. The Clerk of the Court is directed to terminate ECF No. 130 as a pending motion.

Dated:  April 14, 2023

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE