# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

DURRELL ANTHONY PUCKETT,   No. 2:14-CV-02776-DAD-DMC-P

    Plaintiff,

v.

A. AGBOLI, et al.,

    Defendants.

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Durrell Anthony Puckett, CDCR #G-05549, a necessary and material witness in a Trial Confirmation Hearing in this case on August 15, 2023, is confined in Salinas Valley State Prison (SVSP), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the custodian to produce the inmate before District Judge Dale A. Drozd, by Zoom video conference from his place of confinement, on Tuesday, August 15, 2023 at 1:30 p.m.

ACCORDINGLY, IT IS ORDERED:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by Zoom video conference, to participate in a Trial Confirmation Hearing at the time and place above, until completion of the Trial Confirmation Hearing or as ordered by the court. Zoom video conference connection information will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at Salinas Valley State Prison at (831) 678-5544 or via email.

4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Pete Buzo, Courtroom Deputy, at pbuzo@caed.uscourts.gov.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, SVSP, P. O. Box 1020, Soledad, California 93960:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Drozd at the time and place above, by Zoom video conference, until completion of the Trial Confirmation Hearing or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:  July 31, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE