# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL ANTHONY PUCKETT, | No. 2:14-cv-02776-DAD-DMC-P |
| Plaintiff, | |
| v. | |
| A. AGBOLI, et al., | **ORDER & WRIT OF HABEAS CORPUS** |
| Defendants. | **AD TESTIFICANDUM** |

Durrell Anthony Puckett, CDCR # G-05549, a necessary and material party in a jury trial in this case beginning on September 25, 2023, is confined in Salinas Valley State Prison (SVSP), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate to appear in person with his legal property before District Judge Dale A. Drozd at the U. S. District Court, Courtroom #4, 501 I Street, Sacramento, California 95814, on Monday, September 25, 2023 at 9:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a jury trial, at the time and place above, with his legal property relevant to this case, and continuing from day to day until completion of the jury trial or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at Salinas Valley State Prison at (831) 678-5544 or via email.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, SVSP, P. O. Box 1020, Soledad, California 93960:**

**WE COMMAND** you to produce the inmate named above, with his legal property relative to this case, to appear before Judge Drozd at the time and place above, and from day to day until completion of the jury trial or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:  September 21, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE