

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**THE HONORABLE DALE A. DROZD**

DURRELL ANTHONY PUCKETT,                              CASE No.  2:14-cv-02776-DAD-DMC
                Plaintiff,

   v.                                                                        MINUTES

   A.  AGBOLI, ET AL.,                                            Date:  September 25, 2023
                                                                              Deputy Clerk: P. Buzo
                Defendant*.                                           ECRO: Rachel Alvarez
_____/

Plaintiff:  Durell Anthony Puckett
Counsel for Defendant:  Jeremy Schroeder, Jamil Ghannam

## JURY TRIAL – DAY 1

| Time | |
|---|---|
| 9:00 am | Court in session. Durrell Pucket present, in custody. Jeremy Schroder appeared for A. Agboli.  Jamil Ghannam appeared for dfts Lynch, Dayson, Bulawin, Yaroch, and Vallar. Court addressed preliminary matters: short notice for issuance of Writ, shackling as stated on the record.  Discussion of accommodations and/or restrictions for pltf.  After discussion, court took recess to allow CDC Officer to consult with Warden. Court addressed dft Luis as to no pending claims as discussed on the record.  Minutes to reflect dft Luis dismissed as of 6/11/19. |
| 9:57 am | Court back in session.  CDC addressed court as to consultation with Warden and accommodation as to waist restraint and one arm to be restrained as stated on the record. |
| 9:59 am | Court addressed parties as to ECRO being the official recording and juror identification on the record. |
| 10:03 am | Court addressed defendants' motions in limine and ruled as stated on the record: (1) Granted in part and denied in part; (2) Granted without prejudice; (3) Granted; (4) Granted; (5) Granted; (6) Granted; (7) Granted in part and Denied in part without prejudice and reserved; (8) Granted with exception as stated on the record; (9) Granted; (10) Denied.  Court addressed plaintiff's trial brief construed as motions in limine as stated on the record. (1-3) Denied without prejudice, subject to renewal; (4) Denied without prejudice; (5) Denied without prejudice as to specific evidence offered at trial; (6) Granted in part; (7) Reserved ruling. |
| 10:29 am | Court addressed jury selection, voir dire, 8 jurors to be empaneled, strike sheet, |

2:14-cv-02776-DAD-DMC, Puckett v. A. Agboli, et al..
Minutes - Page 2

| Time | Event |
|---|---|
| 10:31 an | Court in recess. |
| 11:00 am | Court back in session. |
| 11:00 am | Voir Dire began. Prospective jurors sworn. Introduction of parties. Court addressed prospective jurors, addressed masking requirement, addressed trial schedule, and addressed hardships. |
| 11:55 am | Recess |
| 12:04 pm | Court back in session. |
| 12:50 pm | Lunch Recess. |
| 2:05 pm | Court back in session.  Resume Voir Dire. |
| 2:15 pm | Pltf did not have follow-up questions for jurors. |
| 2:15 pm | Mr. Schroeder Vor Dire. |
| 2:16 pm | Mr. Ghannam Vor Dire no further questions. |
| 2:51 pm | Jury selected and sworn. |
| 2:52 pm | Court addressed and instructed sworn jury. |
| 3:12 pm | Pltf opening statement. |
| 3:13 pm | Recess. Court admonished jury. |
| 3:35 pm | Court back in session outside the presence of the jury. |
| 3:36 pm | Mr. Ghannam addressed the court as to incident viewing shackling. |
| 3:37 pm | Court addressed Mr. Ghannam concern. |
| 3:43 pm | Back in the presence of the jury. |
| 3:43 pm | Mr. Ghannam opening statement. |
| 4:00 pm | Mr. Schroeder opening statement. |
| 4:11 pm | Court back in session in the presence of the Jury. |
| 4:12 pm | Anthony Puckett sworn and testified. |
| 4:28 pm | Cross exam by Mr. Ghannam. |
| 4:50 pm | No Cross exam by Mr. Schroeder. |
| 4:51 pm | No re-redirect. |
| 4:55 pm | Pltf rests. |
| 4:57 pm | Outside the presence of the jury. |
| 4:58 pm | Mr. Schroeder made oral Motion re Rule 50 as stated on the record. |
| 4:59 pm | Mr. Ghannam made oral Motion re Rule 50 as stated on the record. |
| 5:04 pm | Pltf addressed the court as to response to Rule 50 motion. |
| 5:05 pm | After hearing of arguments, defense Rule 50 Motion denied without prejudice as stated on the record. |
| 5:09 pm | Back in the presence of the jury. |
| 5:10 pm | Court admonished jury. |
| 5:15 pm | Court in recess. Jury trial to resume 9/27/2023 at 9:00 a.m. |

TIME IN COURT:   6.5  hours